Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>QUIESHA L. ZAMORANO,<br><br>  Defendant. | No. CR18-233RSM<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss the Indictment in this matter as to Defendant Quiesha L. Zamorano.

IT IS HEREBY ORDERED:

The Indictment in the above-captioned case is dismissed, without prejudice.

Defendant's motion to dismiss is stricken as moot.

//
//
//
//
//
//
//

*Order of Dismissal* -- 1
*U.S. v. Quiehsa L. Zamonrano,* CR18-233RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Further, the appearance bond is hereby discharged.

DATED this 19th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:
*/s/ Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney

*Order of Dismissal* -- 2
*U.S. v. Quiehsa L. Zamonrano,* CR18-233RSM