Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUIESHA L. ZAMORANO,<br><br>Defendant. | CASE NO. CR18-233RSM<br><br>**ORDER** |

Defendant's Motion for Reconsideration (Docket #28) is DENIED.

DATED this 9th day of April, 2019.

                                    RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE